# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mickael Jaquan Davis                                  Docket No. 5:21-CR-297-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Mickael Jaquan Davis, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 8th day of March, 2022. An Arraignment Hearing is scheduled for the August 22, 2022, term of court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since his release to pretrial supervision on March 8, 2022, Mickael Jaquan Davis has remained compliant with the Location Monitoring Program (Home Detention with Location monitoring technology as directed by the pretrial services or supervising officer) and has maintained compliance with all other conditions of pretrial release. Based on his compliance with pretrial supervision, the probation office recommends that pretrial conditions related to participation in a location restriction program and submission to location monitoring technology be removed from the Order Setting Conditions of Release. Assistant United States Attorney Aakash Singh and Assistant Federal Public Defender Leza Driscoll have no objection to this request by the probation office.

**PRAYING THAT THE COURT WILL ORDER** the pretrial conditions related to participation in a location restriction program and submission to location monitoring technology be removed from the Order Setting Conditions of Release.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: August 8, 2022

**Mickael Jaquan Davis**
**Docket No. 5:21-CR-297-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on August 8, 2022. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge